IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL ALEXANDER, SR.,

    Plaintiff,

v.

MICHAEL MESINER, BRAD MLODZIK,
APRIL SCHULTZ AND MR. VOSSEKUIL,

    Defendants.

ORDER

Case No. 23-cv-301-jdp

Plaintiff Michael Alexander, Sr. has filed a proposed civil action under 42 U.S.C. § 1983, and requests leave to proceed without prepayment of the filing fee. Plaintiff has submitted a trust fund account statement covering from April 1, 2023 to April 30, 2023 in support of his request to proceed without prepayment of the filing fee. However, a decision regarding plaintiff's indigency status cannot be made at this time because the trust fund account statement submitted does not cover the six-month period immediately preceding the filing of the complaint.

Plaintiff must submit a certified copy of a trust fund account statement for the *entire* six-month period immediately preceding the filing of the complaint beginning approximately November 8, 2022 and ending approximately May 8, 2023. Once the necessary statement has been submitted, I will calculate the initial partial payment and advise plaintiff of the amount due before the court can screen the merits of the complaint under 28 U.S.C. § 1915(e)(2).

ORDER

IT IS ORDERED that plaintiff Michael Alexander, Sr. may have until June 1, 2023 to submit a certified trust fund account statement for the period beginning approximately November 8, 2022 and ending approximately May 8, 2023. If, by June 1, 2023, plaintiff fails to respond to this order, I will assume that plaintiff wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 11th day of May, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge